# EXHIBIT B

**IN THE THIRTY-FIRST JUDICIAL DISTRICT**
**DISTRICT COURT OF NEOSHO COUNTY, KANSAS**
**CIVIL DEPARTMENT**

| | | |
|---|---|---|
| DOROTHY BLOOD, et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. NOC-2022-CV-000020 |
| v. | ) ) ) | |
| LABETTE HEALTH, | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, Defendant Labette County Medical Center d/b/a Labette Health ("Labette") hereby gives notice that it removed Plaintiffs' Complaint to the United States District Court for the District of Kansas. A copy of the Notice of Removal filed with the federal court is attached hereto as **Exhibit 1**. In addition, Labette served the Notice of Removal upon the Plaintiff.

Federal law requires that this Court "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: June 28, 2022

SPENCER FANE LLP

By: */s/ Mark A. Cole*
Mark A. Cole, #25349
Kyle A. Klucas, #29151
6201 College Blvd., Suite 500
Overland Park, KS 66211
Telephone: 913.327.5108
mcole@spencerfane.com
kklucas@spencerfane.com

*Attorneys for Defendant Labette Health*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on the 28th day of June, 2022, a true and correct copy of the foregoing was filed and served via the Court's electronic filing system.

                                        /s/ *Mark A. Cole*
                                        Attorneys for Defendant