IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| DOROTHY BLOOD, et al., individually and on behalf of all others similarly situated, | ) ) ) ) |  |
| Plaintiffs, | ) ) | Case No. 5:22-cv-04036-HLT-KGG |
| v. | ) ) ) |  |
| LABETTE HEALTH, | ) ) |  |
| Defendant. | ) |  |

**DEFENDANT'S MOTION TO STRIKE**
**AND MEMORANDUM IN SUPPORT**

Defendant Labette County Medical Center d/b/a Labette Health ("Labette Health") by and through undersigned counsel, respectfully moves this Court to strike the request for an award of punitive damages and pre-judgment interest from Plaintiffs' Complaint (Doc. 1), as such requests are barred by the Kansas Tort Claims Act ("KTCA"). In support of this motion, Labette Health states as following:

1. Federal Rule of Civil Procedure 12(f) provides that "the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

2. "The decision to grant a motion to strike is within the discretion of the court. If the [claim] is clearly insufficient as a matter of law, it should be stricken." *Resol. Tr. Corp. v. Scaletty*, 810 F. Supp. 1505, 1515 (D. Kan. 1992).

3. Plaintiffs allege that Labette Health suffered a data breach involving Plaintiffs' private information. *See* Doc. 1 at ¶ 1.

4. Specifically, Plaintiffs allege that they are entitled to recover under theories of breach of implied contract, unjust enrichment, violations of K.S.A § 50-7a02, and violations of the Kansas Consumer Protection Act. *See* Doc. 1 at ¶¶ 162 – 211.

5. Under these theories, Plaintiffs allege that they are entitled to "an award of punitive damages, as allowable by law," and "pre-and post-judgment interest on any amounts awarded." Doc. 1 at p. 45.

6. K.S.A. § 75-6105(c) provides: "A governmental entity shall not be liable for punitive or exemplary damages or for interest prior to judgment."

7. Defendant is, by Plaintiffs' own admission, a governmental entity. *See* Doc. 1 at ¶ 23 ("Defendant . . . is a Kansas county hospital.").

8. Accordingly, Plaintiffs' request for pre-judgment interest and punitive damages is legally insufficient, and should be stricken.

WHEREFORE, for the reasons set out above, Labette Health respectfully requests that this Court strike from the Complaint Plaintiffs' request for pre-judgment interest and punitive damages, as well as for any other relief the court deems necessary.

Dated: July 26, 2022

SPENCER FANE LLP

By: *s/ Mark A. Cole*
Blane R. Markley #23262
Mark A. Cole, #25349
Kyle A. Klucas, #29151
6201 College Blvd., Suite 500
Overland Park, KS 66211
Telephone: 913.327.5108
mcole@spencerfane.com
kklucas@spencerfane.com

*Attorneys for Defendant Labette Health*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on July 26, 2022, a true and correct copy of the foregoing was filed and served via the Court's electronic filing system.

                                           s/ Mark A. Cole
                                           Attorney for Defendant Labette Health