IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DOROTHY BLOOD, et al., individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 5:22-cv-04036-HLT-KGG ) |
| v. | ) ) |
| LABETTE HEALTH, | ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Labette County Medical Center d/b/a Labette Health ("Labette Health") moves to dismiss Plaintiffs' Complaint in its entirety for failure to state a claim under Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6). Labette Health is filing its Memorandum in Support contemporaneously with this Motion. As the accompanying Memorandum in Supports demonstrates, Labette Health is entitled to judgment as a matter of law for the following reasons:

- Plaintiffs lack standing to bring their claims, as they have not suffered an injury-in-fact that is fairly traceable to the conduct of Labette Health;

- Plaintiffs' claims are mooted by Labette Health's provision of insurance coverage prior to instigation of the present lawsuit;

- Count I should be dismissed because Plaintiffs have not alleged sufficient facts to demonstrate the existence of an implied contract between the parties;

- Count II should be dismissed because Plaintiffs have not alleged sufficient facts to prove that Labette Health was unjustly enriched;

- Counts I and II should be dismissed because they do not meet the threshold requirement of the Kansas Tort Claims Act;

1

- Count III should be dismissed because K.S.A § 50-7a02 does not confer a private cause of action on Plaintiffs;

- Count IV should be dismissed because Plaintiffs have not alleged a deceptive act under the Kansas Consumer Protections Act, due to, among other reasons, that it does not meet the heightened pleading standard of Rule 9(b).

WHEREFORE, for the reasons set forth in Labette Health's Memorandum in Support of its Motion to Dismiss, the Court should issue an Order dismissing Plaintiffs' Complaint in its entirety and granting any other relief as is just and proper.

Dated: July 26, 2022

SPENCER FANE LLP

By: */s/ Mark A. Cole*
Mark A. Cole, #25349
Kyle A. Klucas, #29151
6201 College Blvd., Suite 500
Overland Park, KS 66211
Telephone: 913.327.5108
mcole@spencerfane.com
kklucas@spencerfane.com

*Attorneys for Defendant Labette Health*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 26th day of July, 2022, a true and correct copy of the foregoing was filed and served via the Court's electronic filing system.

/s/ Mark A. Cole
Attorney for Defendant Labette Health