# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS



SKYLER B. O'HARA
CLERK OF COURT
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

KIM LEININGER
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2225

490 U.S.COURTHOUSE
444 SE QUINCY
TOPEKA, KS 66683

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

October 20, 2022

Neosho County Courthouse
102 S. Lincoln PO Box 889
Chanute, KS 66720

RE: Blood, et al. v. Labette County Medical Center
Our Case Number: 22-cv-4036-HLT-KGG
Your Case Number: 22-CV-000020

Dear Clerk:

Pursuant to the Memorandum & Order (Doc 27), this case is being remanded back to your court. Please find enclosed a certified copy of the Memorandum & Order remanding the above captioned case to your court and an attested copy of our docket sheet. Should you need copies of any other pleading, please contact this office at 785-338-5400.

Sincerely,

Skyler B. O'Hara, Clerk

By: s/ M. Stamper, Deputy Clerk
U.S. District Court for the District of Kansas